**Louis RYCHWALSKI, Jr.,**
**Plaintiff–Appellant,**

v.

**CMS; Warden Kathleen Green; Cpt. Robert J. Moore; Paul Ziolkowski; William Maycock; Robert C. McGee; John Bromley; Charles Westbrook; Craig Reid; William Fisher; Wexford Health Sources, Inc.; Maryam Messforosh, P.A.; Jason Clem, M.D.; Bruce Ford, P.A.; Paul Matera, M.D.; Terry Davis, P.A.; Corizon, LLC., Defendants–Appellees.**

No. 14–7365.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2015.

Decided: April 13, 2015.

Louis Rychwalski, Jr., Appellant Pro Se. Michelle Jacquelyn Marzullo, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland; Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland; Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland, for Appellees.

Before KING and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Rychwalski, Jr., appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rychwalski v. CMS*, No. 1:13–cv–02082–GLR (D.Md. Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*